IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM SUTHERLAND, as Trustee of THE SUTHERLAND FAMILY TRUST; SYLVIA SUTHERLAND, as Trustee of THE SUTHERLAND FAMILY TRUST,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KAANAPALI TOURS, LLC, a domestic limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV NO. 17-00485 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 28, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Plaintiffs' Application Of Entry Of Default Judgment By Clerk", ECF NO. 25 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 12, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Sutherland v. Kaanapali Tours, LLC, Civ. No. 17-00485 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.